UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<span>OBERT</span> L. W<span>OLFE</span>,

      Plaintiff,

v.

C<span>OMMISSIONER OF</span> S<span>OCIAL</span> S<span>ECURITY</span>,

      Defendant.

                                /

Case No. 15-13854

S<span>ENIOR</span> U.S. D<span>ISTRICT</span> J<span>UDGE</span>
A<span>RTHUR</span> J. T<span>ARNOW</span>

U.S. M<span>AGISTRATE</span> J<span>UDGE</span>
R. S<span>TEVEN</span> W<span>HALEN</span>

**O<span>RDER</span> A<span>DOPTING</span> R<span>EPORT AND</span> R<span>ECOMMENDATION</span> [28]; G<span>RANTING</span> P<span>LAINTIFF</span>'<span>S</span> M<span>OTION FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [20]; <span>AND</span> D<span>ENYING</span> D<span>EFENDANT</span>'<span>S</span> M<span>OTION FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [24] <span>AND</span> R<span>EMANDING</span> C<span>ASE</span>**

On December 15, 2016, Magistrate Judge Whalen issued a Report and Recommendation (R&R) [28] on the Plaintiff's Motion for Summary Judgment [20] and Defendant's Motion for Summary Judgment [24]. This R&R recommended that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and remand the case for an award of benefits under 42 §405(g). *Faucher v. Secretary of Health and Human Services*, 17 F. 3d 171 (6th Cir. 1994). Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [28] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [20] is **GRANTED** and Defendant's Motion for Summary Judgment [24] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** for an award of benefits consistent with the Report and Recommendation.

**THIS CASE IS CLOSED.**

**SO ORDERED**.

Dated: January 12, 2017

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge